tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petition for writ of certiorari should be granted. *Mr. Rayford W. Lemley* for petitioners. *Messrs. Eben Lesh* and *U. S. Lesh* for respondents.

No. 64. TOWN OF WALKERTON *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Indiana denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petition for writ of certiorari should be granted. *Mr. Henry M. Dowling* for petitioner. *Mr. Russell P. Harker* for respondent.

No. 190. KOVALESKI, ADMINISTRATOR *v.* PENNSYLVANIA RAILROAD Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petition for writ of certiorari should be granted. *Mr. E. Burke Finnerty* for petitioner. *Mr. John A. Hartpence* for respondent.

No. 238. MADDEN, DOING BUSINESS AS KOHL & MADDEN PRINTING INK Co. *v.* MAC SIM BAR PAPER Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petition for writ of certiorari should be granted. *Mr. Harry C. Howard* for petitioner. *Mr. Marvin J. Schaberg* for respondent.